**DENIED**
**MOOT. Amended Schedule C filed June 24, 2011.**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE: | * |
| | * |
| Edward H. Rosen | * CASE NO.: 11-10512-PM |
| Stacy J. Berman | * Chapter 13 |
| | * |
| Debtors | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OVERRULING OBJECTION TO EXEMPTIONS**

Upon consideration of the Objection filed by Timothy P. Branigan, Esquire, Chapter 13 Trustee, to the exemptions claimed by Edward H. Rosen and Stacy J. Berman, debtors, as tenants by the entirety, and upon consideration of the response and exhibits filed by the debtors, and good cause having been shown, it is therefore by the United States Bankruptcy Court for the District of Maryland

ORDERED that the Objection filed by Timothy P. Branigan, Esquire, Chapter 13 Trustee, to the exemptions claimed by Edward H. Rosen and Stacy J. Berman, debtors, be, and the same is hereby, overruled.

cc: Marc R. Kivitz, Esquire
Suite 1330
201 North Charles Street
Baltimore, MD 21201

Gerard Vetter, Esquire
Assistant U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Timothy P. Branigan, Esquire
Chapter 13 Trustee
P. O. Box 1902
Laurel, MD 20725-1902

Mr. Edward H. Rosen
Ms. Stacy J. Berman
9107 Brierly Road
Chevy Chase, MD 20815

Bkcy: 1berman Obj Exempt Order

**END OF ORDER**

DENIED